## Commonwealth *v.* Sims, Appellant.

Argued March 15, 1965. *James J. DeMarco,* for appellant; *Vincent C. Veldorale,* Assistant District Attorney, with him *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

FLOOD, J., absent.